852

No. 77–6882. SHEPHERD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6883. WILLIAMS v. UNITED STATES; and
No. 77–6902. KOMOK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 574 F. 2d 988.

No. 77–6884. COUSER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 77–6886. BROWN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 77–6887. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6888. DRAGER v. PANZA ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–6890. WOJNO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6891. MADURO v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 77–6892. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6893. PIOUS v. CURRY, JUDGE. Sup. Ct. Ill. Certiorari denied.

No. 77–6895. MACKLIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6896. LUNA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–6897. KENNICK v. PLAIN DEALER PUBLISHING CO. ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.